of Appeal, First Circuit, Parish of Livingston, 178 So.2d 489.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.

McCALEB, J., thinks that a writ should be granted.

SUMMERS, J., is of the opinion the writ should be granted.

179 So.2d 641

### Henry E. MURRY
#### v.
### BOSTON INSURANCE COMPANY et al.

No. 47976.

Nov. 23, 1965.

In re: Boston Insurance Company et al applying for certiorari, or writ of review,

to the Court of Appeal, First Circuit, Parish of East Baton Rouge, 178 So.2d 452.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.